AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Constantine, Katherine A. | U.S. Bankruptcy Court, Minnesota | 10/23/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012 to 09/30/2013 |

**7. Chambers or Office Address**

206 U.S. Courthouse
316 N. Robert Street
St Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Directors and Finance Committee | Minnesota Life College |
| 2. | Member of the Board of Directors | The ARC Greater Twin Cities |
| 3. | Partner | Dorsey & Whitney LLP |
| 4. | Partner | Steep Earning Curve |
| 5. | Trustee | Trust #1 |
| 6. | Conservator/Guardian/Payee | Twin City Federal Account #1 |
| 7. | Member | Law Alumni Board of Georgetown University Law Center |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Dorsey & Whitney LLP (former law firm); see Part VIII |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Dorsey & Whitney LLP-partner compensation | $456,696.00 |
| 2. 2012 | Dorsey & Whitney LLP-partner compensation | $640,344.00 |
| 3. 2013 | Dorsey & Whitney LLP-partner compensation | $162,717.00 |
| 4. 2013 | Dorsey & Whitney LLP-retirement, pension and refund of capital contribution | $107,195.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Brocade Communication Systems, Inc. - salary & bonus |
| 2. 2013 | Brocade Communication Systems, Inc. - salary & bonus |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Constantine, Katherine A.** | 10/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage #1 (H) | | | | | Exempt | | | | |
| 2.  -Alps (ETF) | A | Dividend | J | T | | | | | |
| 3.  -AT&T (common) | A | Dividend | J | T | | | | | |
| 4.  -Proctor & Gamble (common ) | A | Dividend | J | T | | | | | |
| 5.  -Southern Co. (common) | B | Dividend | J | T | | | | | |
| 6.  -Target (common) | A | Dividend | J | T | | | | | |
| 7.  -Teco Energy (common ) | A | Dividend | J | T | | | | | |
| 8.  -Xcel Energy (common ) | A | Dividend | J | T | | | | | |
| 9.  -Powershares Finl pfd (ETF) | B | Dividend | K | T | | | | | |
| 10.  -SAFRA Natl Bk (C.D.) | | None | K | T | | | | | See Part VIII |
| 11.  -CIT Bk (C.D.) | A | Interest | K | T | | | | | |
| 12.  -GE Cap Finl (Bond) | A | Interest | K | T | | | | | |
| 13.  -Goldman Sachs Bk (C.D.) | A | Interest | K | T | | | | | |
| 14.  -Freeborn Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 15.  -Sartell Mn GO (Bond) | A | Interest | K | T | | | | | |
| 16.  -Deer River MN GO (Bond) | B | Interest | K | T | | | | | |
| 17.  -MN Hsg Pub Svc Rev (Bond) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Mpls MN Library GO (Bond) | A | Interest | K | T | | | | | |
| 19. -MN Streets/Hwys GO (Bond) | A | Interest | K | T | | | | | |
| 20. -Mpls MN Spl Sch Dist GO (Bond) | A | Interest | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. Brokerage #2 (H) | | | | | | | | | |
| 23. -US Gov't Money Mkt Fd (Mutual Fd) | A | Dividend | J | T | | | | | |
| 24. -Metropolitan West Ttl Retrn (Mutual Fd) | B | Dividend | K | T | | | | | |
| 25. -MFS Div Income (Mutual Fund) | A | Dividend | K | T | | | | | |
| 26. -Pimco Total Return (Mutual Fd) | A | Dividend | | | | | | | |
| 27. -Anoka Cnty MN GO (Bond) | B | Interest | K | T | | | | | |
| 28. -GE Capital (Bond) | A | Interest | | | | | | | |
| 29. | | | | | | | | | |
| 30. Brokerage #3 (H) | | | | | | | | | |
| 31. -RBC Prime Money Mkt FD (Mutual Fund) | A | Dividend | K | T | | | | | |
| 32. -AMC Networks (common) | | None | J | T | | | | | See Part VIII |
| 33. -Abercrombie & Fitch (common) | A | Dividend | | | | | | | |
| 34. -Alliant Energy (common) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Allstate Corp (common) | A | Dividend | | | | | | | |
| 36. -American Electric (common) | A | Dividend | | | | | | | |
| 37. -American Express (common) | A | Dividend | | | | | | | |
| 38. -American Int'l (common) | A | Dividend | | | | | | | |
| 39. -Ametek (common) | A | Dividend | J | T | | | | | |
| 40. -Andarko Pete (common) | A | Dividend | J | T | | | | | |
| 41. -Analog Devices (common) | A | Dividend | | | | | | | |
| 42. -Apple (common) | A | Dividend | J | T | | | | | |
| 43. -Archer Daniels Midland (common) | A | Dividend | J | T | | | | | |
| 44. -Avago Tech (common) | A | Dividend | J | T | | | | | |
| 45. -AT & T (common) | A | Dividend | | | | | | | |
| 46. -Bank of America (common) | A | Dividend | | | | | | | |
| 47. -Baxter Int'l (common) | A | Dividend | | | | | | | |
| 48. -Biogen Idec (common) | | None | J | T | | | | | See Part VIII |
| 49. -Boeing (common) | | None | J | T | | | | | See Part VIII |
| 50. -Bristol Meyers Squibb (common) | A | Dividend | J | T | | | | | |
| 51. -Broadcom Corp (common) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Brown & Brown (common) | A | Dividend | | | | | | | |
| 53. -Caterpillar (common) | A | Dividend | | | | | | | |
| 54. -CenturyLink (common) | A | Dividend | | | | | | | |
| 55. -Chevron Corp (common) | A | Dividend | J | T | | | | | |
| 56. -Church & Dwight Co (common) | A | Dividend | J | T | | | | | |
| 57. -Cisco Systems (common) | A | Dividend | J | T | | | | | |
| 58. -Citigroup (common) | A | Dividend | | | | | | | |
| 59. -Coca Cola (common) | A | Dividend | | | | | | | |
| 60. -Comcast Corp (class A) | A | Dividend | J | T | | | | | |
| 61. -Conagra Foods (common) | A | Dividend | | | | | | | |
| 62. -Conoco Phillips (common) | A | Dividend | | | | | | | |
| 63. -Continental Resources (common) | | None | J | T | | | | | See Part VIII |
| 64. -Costco Wholesale (common) | | None | J | T | | | | | See Part VIII |
| 65. -Cummins (common) | A | Dividend | J | T | | | | | |
| 66. -CVS Caremark (common) | A | Dividend | | | | | | | |
| 67. -Danaher Corp (common) | A | Dividend | | | | | | | |
| 68. -Deere & Co. (common) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Devon Energy (common) | A | Dividend | | | | | | | |
| 70.  -Discover Financial (common) | A | Dividend | | | | | | | |
| 71.  -E I Dupont (common) | A | Dividend | | | | | | | |
| 72.  -Eaton Corp (common) | A | Dividend | | | | | | | |
| 73.  -Ebay (common) | A | Dividend | J | T | | | | | |
| 74.  -EMC Corp (common) | A | Dividend | | | | | | | |
| 75.  -Eli Lilly (common) | A | Dividend | J | T | | | | | |
| 76.  -Ensco PLC (class A) | A | Dividend | | | | | | | |
| 77.  -EOG Resources (common) | A | Dividend | J | T | | | | | |
| 78.  -Exxon Mobile (common) | A | Dividend | | | | | | | |
| 79.  -Fifth Third Bancorp (common) | A | Dividend | | | | | | | |
| 80.  -Forest Laboratories (common) | | None | J | T | | | | | See Part VIII |
| 81.  -Freeport McMoran (class B) | A | Dividend | | | | | | | |
| 82.  -Gallagher Arthur J & Co (common) | A | Dividend | | | | | | | |
| 83.  -General Electric (common) | A | Dividend | | | | | | | |
| 84.  -General Motors (common) | | None | J | T | | | | | See Part VIII |
| 85.  -Goldman Sachs Group | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -H J Heinz (common) | A | Dividend | | | | | | | |
| 87. -Google (common) | | None | J | T | | | | | See Part VIII |
| 88. -Henry Schein (common) | | None | J | T | | | | | See Part VIII |
| 89. -Home Depot (common) | A | Dividend | J | T | | | | | |
| 90. -Intel Corp (common) | A | Dividend | | | | | | | |
| 91. -IBM (common) | A | Dividend | | | | | | | |
| 92. -International Paper (common) | A | Dividend | J | T | | | | | |
| 93. -Invesco Ltd (common) | A | Dividend | | | | | | | |
| 94. -Johnson & Johnson (common) | A | Dividend | J | T | | | | | |
| 95. -Kohls Corp | A | Dividend | | | | | | | |
| 96. -KBR (common) | A | Dividend | J | T | | | | | |
| 97. -KLA -Tencor (common) | A | Dividend | J | T | | | | | |
| 98. -Lowes Co (common | A | Dividend | | | | | | | |
| 99. -LSI Corp (common) | A | Dividend | J | T | | | | | |
| 100. -Lyondellbasell Ind (class A) | A | Dividend | J | T | | | | | |
| 101. -Merck & Co (common) | A | Dividend | J | T | | | | | |
| 102. -MetLife (common) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Michael Kors Hldgs (ordinary) | | None | J | T | | | | | See Part VIII |
| 104. -Microsoft (common) | A | Dividend | | | | | | | |
| 105. -Morgan Stanley (common) | A | Dividend | | | | | | | |
| 106. -Murphy Oil (common) | A | Dividend | | | | | | | |
| 107. -Newell Rubbermaid (common) | A | Dividend | J | T | | | | | |
| 108. -New York Comm Bk (common) | A | Dividend | | | | | | | |
| 109. -Nextera Energy (common) | A | Dividend | J | T | | | | | |
| 110. -Nike (class B) | A | Dividend | | | | | | | |
| 111. -Nisource Inc (common) | A | Dividend | | | | | | | |
| 112. -Norfolk Southern Corp (common) | A | Dividend | | | | | | | |
| 113. -Occidental Pete (common) | A | Dividend | J | T | | | | | |
| 114. -Oracle Corp (common) | A | Dividend | J | T | | | | | |
| 115. -Paccar Inc (common) | A | Dividend | | | | | | | |
| 116. -Parker Hannifin (common) | A | Dividend | J | T | | | | | |
| 117. -Pepsi (common) | A | Dividend | J | T | | | | | |
| 118. -Pfizer (common) | A | Dividend | | | | | | | |
| 119. -Pioneer Natural Res (common) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Polaris Ind (common) | A | Dividend | | | | | | | |
| 121. -Potash Corp (common) | A | Dividend | | | | | | | |
| 122. -Precision Castparts (common) | A | Dividend | J | T | | | | | |
| 123. -Priceline (common) | | None | J | T | | | | | See Part VIII |
| 124. -Proctor & Gamble | A | Dividend | | | | | | | |
| 125. -Qualcomm | A | Dividend | J | T | | | | | |
| 126. -Ralcorp Holdings | A | Dividend | | | | | | | |
| 127. -Raytheon (common) | A | Distribution | | | | | | | |
| 128. -Reliance Steel & Alum (common) | A | Dividend | | | | | | | |
| 129. -Schlumberger Ltd (common) | A | Dividend | J | T | | | | | |
| 130. -Sector Spdr (ETF) | A | Dividend | K | T | | | | | |
| 131. -Simon Property Grp (common) | A | Dividend | | | | | | | |
| 132. -Stryker Corp (common) | A | Dividend | J | T | | | | | |
| 133. -Target (common) | A | Dividend | | | | | | | |
| 134. -The Travelers (common) | A | Dividend | | | | | | | |
| 135. -Timken (common) | A | Dividend | J | T | | | | | |
| 136. -Triumph Grp (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -TRW Automotive (common) | | None | J | T | | | | | See Part VIII |
| 138. -UDR Inc (common) | A | Dividend | | | | | | | |
| 139. -Union Pacific Corp (common) | A | Dividend | J | T | | | | | |
| 140. -United Technologies (common) | A | Dividend | | | | | | | |
| 141. -United Health Grp (common) | A | Dividend | | | | | | | |
| 142. -US Bancorp (common) | A | Dividend | | | | | | | |
| 143. -Valero Energy (common) | A | Dividend | | | | | | | |
| 144. -Verizon Commun (common) | A | Dividend | | | | | | | |
| 145. -Visa (common) | A | Dividend | | | | | | | |
| 146. -Walgreens (common) | A | Dividend | | | | | | | |
| 147. -Walt Disney (common) | A | Dividend | J | T | | | | | |
| 148. -Walter Energy (common) | A | Dividend | | | | | | | |
| 149. -Wells Fargo (common) | A | Dividend | | | | | | | |
| 150. -Western Digital (common) | A | Dividend | | | | | | | |
| 151. -Weyerhaeuser Co (common) | A | Dividend | | | | | | | |
| 152. -Whirlpool Corp (common) | A | Dividend | J | T | | | | | |
| 153. -Xilinx (common) | | None | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Yahoo (common) | | None | J | T | | | | | See Part VIII |
| 155.  -Zimmer Holdings (common) | A | Dividend | J | T | | | | | |
| 156. | | | | | | | | | |
| 157.  Brokerage #4 (H) | | | | | | | | | |
| 158.  -RBC Prime Money Market Fd (Mutual Fund) | A | Dividend | | | | | | | |
| 159.  -Fidelity New Insights (mutual fund) | | None | K | T | | | | | See Part VIII |
| 160.  -Amer Fds Euro Pacific Gr (mutual fund) | A | Dividend | J | T | | | | | |
| 161.  -Thornburg Int'l Value (mutual fund) | A | Dividend | J | T | | | | | |
| 162.  -Amer Fds Capital Income Bldr (mutual fund) | A | Dividend | J | T | | | | | |
| 163. | | | | | | | | | |
| 164.  Brokerage #5 (H) | | | | | | | | | |
| 165.  -RBC Prime Money Market Fd (mutual fund) | A | Dividend | J | T | | | | | |
| 166.  -Kayne Anderson (common) | B | Dividend | K | T | | | | | |
| 167.  -MN Higher Ed St. Ben (Bond) | B | Interest | K | T | | | | | |
| 168.  -Excel Energy (common) | B | Dividend | K | T | | | | | |
| 169. | | | | | | | | | |
| 170.  Brokerage Account #6 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Federated Money Market Fd (mutual fund) | A | Dividend | | | | | | | |
| 172. -GE Cap Retail Bk | B | Interest | | | | | | | |
| 173. -Discover Bank (C.D.) | C | Interest | | | | | | | |
| 174. -Wells Fargo Bond | B | Interest | | | | | | | |
| 175. -Artisan Fund (mutual fund) | A | Dividend | | | | | | | |
| 176. -Buffalo Fds (mutual fund) | B | Dividend | | | | | | | |
| 177. -Dodge & Cox Fund (mutual fund) | B | Dividend | | | | | | | |
| 178. -Line intentionally blank | | | | | | | | | |
| 179. -Fidelity Contra (mutual fund) | A | Dividend | | | | | | | |
| 180. -Metropolitan West (mutual fund) | D | Dividend | | | | | | | |
| 181. -Parnassus Income Tr (mutual fund) | D | Dividend | | | | | | | |
| 182. -Pimco Total Return (mutual fund) | D | Dividend | | | | | | | |
| 183. -Line intentionally blank | | | | | | | | | |
| 184. -T Rowe Price Gr Stk (mutual fund) | A | Dividend | | | | | | | |
| 185. -Line intentionally blank | | | | | | | | | |
| 186. -IShares Russell 1000 Gr (ETF) | A | Dividend | | | | | | | |
| 187. -IShares Russell 1000 Value (ETF) | D | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -IShares S&P Sm Cap 600 (ETF) | A | Dividend | | | | | | | |
| 189. | | | | | | | | | |
| 190.  Brokerage Acct #7 (H) | | | | | | | | | |
| 191.  -RBC Prime Money Market Fd (mutual fund) | A | Dividend | L | T | | | | | |
| 192.  -Federated Money Market (money market) | A | Dividend | M | T | | | | | |
| 193.  -Buffalo Fds (mutual Fund) | | None | L | T | | | | | See Part VIII |
| 194.  -Dodge & Cox Fund (mutual fund) | | None | L | T | | | | | See Part VIII |
| 195.  -Amer Fds Euro Pac Gr (mutual fund) | | None | K | T | | | | | See Part VIII |
| 196.  -Fidelity New Insights (mutual fund) | | None | L | T | | | | | See Part VIII |
| 197.  -Metropolitan West (mutual fund) | | None | L | T | | | | | See Part VIII |
| 198.  -MFS Div Inc (mutual fund) | | None | K | T | | | | | See Part VIII |
| 199.  -Parnassus Income Tr (mutual fund) | | None | M | T | | | | | See Part VIII |
| 200.  -Royce Funds (mutual fund) | | None | K | T | | | | | See Part VIII |
| 201.  -T Rowe Price Gr Stk (mutual fund) | | None | M | T | | | | | See Part VIII |
| 202.  -Unified Ser Tr (mutual fund) | | None | L | T | | | | | See Part VIII |
| 203.  -IShares Russell 1000 Gr (ETF) | A | Dividend | K | T | | | | | |
| 204.  -IShares Russell 1000 Value (ETF) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -IShares S&P Sm Cap 600 (ETF) | A | Dividend | K | T | | | | | |
| 206. -Powershares (ETF) | | None | K | T | | | | | See Part VIII |
| 207. -AXA Annuity | | None | M | T | | | | | See Part VIII |
| 208. | | | | | | | | | |
| 209. Brokerage #8 (H) | | | | | | | | | |
| 210. -RBC Prime Money Market Fd (mutual fund) | A | Dividend | J | T | | | | | |
| 211. -American Century Eq Inc (mutual fund) | B | Dividend | L | T | | | | | |
| 212. -Brocade Commun Syst (common) | | None | J | T | | | | | See Part VIII |
| 213. -Amer Fds Capital Inc Bldr (mutual fund) | A | Dividend | J | T | | | | | |
| 214. -Columbia Acorn (mutual fund) | B | Dividend | K | T | | | | | |
| 215. -Euro Pac Gr (cl c mutual fund) | | None | K | T | | | | | See Part VIII |
| 216. -Euro Pac Gr (cl f mutual fund) | A | Dividend | K | T | | | | | |
| 217. -Fidelity New Insights (mutual fund) | | None | M | T | | | | | See Part VIII |
| 218. -Fidelity Adv Ser I (mutual fund) | A | Dividend | | | | | | | |
| 219. -Fidelity Adv Ser II (mutual fund) | B | Dividend | K | T | | | | | |
| 220. -Fundamental Invs (mutual fund) | A | Dividend | L | T | | | | | |
| 221. -ING Emerg Countries (mutual fund) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -ING Mut Fd (mutual fund) | A | Dividend | | | | | | | |
| 223. -Keeley Sm Cap Value (mutual fund) | A | Dividend | K | T | | | | | |
| 224. -Metropolitan West (mutual fund) | B | Dividend | K | T | | | | | |
| 225. -MFS Ser Tr XIII (mutual fund) | A | Dividend | J | T | | | | | |
| 226. -Pimco Total Return (mutual fund) | B | Dividend | | | | | | | |
| 227. | | | | | | | | | |
| 228. Trust #1 | | | | | | | | | |
| 229. -RBC Prime Money Mkt Fd (mutual fund) | A | Dividend | | | | | | | |
| 230. -MFS Ser Tr XIII (mutual fund) | A | Dividend | J | T | | | | | |
| 231. -Pimco Total Return (mutual fund) | A | Dividend | | | | | | | |
| 232. | | | | | | | | | |
| 233. Steep Earnings Curve (investment club) | C | Dividend | | | | | | | See Part VIII |
| 234. -Costco | | | | | | | | | |
| 235. -Fastenal | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. American Enterprise Inv. Svcs. (mutual fund) | B | Dividend | K | T | | | | | |
| 238. Discover Financial Svcs. (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Honeywell Int'l. Inc. (common) | A | Dividend | K | T | | | | | |
| 240. Morgan Stanley (common) | A | Dividend | J | T | | | | | |
| 241. Allstate Corp. (common) | A | Dividend | K | T | | | | | |
| 242. Sears Holding Corporation (common) | A | Interest | K | T | | | | | |
| 243. Sears Canada (common) | A | Dividend | J | T | | | | | |
| 244. U.S. Bank N.A. Accounts (cash & CDs) | A | Interest | M | T | | | | | |
| 245. Twin City Federal Account (cash) | | None | K | T | | | | | See Part VIII |
| 246. | | | | | | | | | |
| 247. Brokerage #9 | | | | | | | | | |
| 248. - E Trade cash reseve account | | None | M | T | | | | | See Part VIII |
| 249. -Brocade (common) | | None | J | T | | | | | See Part VIII |
| 250. | | | | | | | | | |
| 251. Twin City Federal Account #1 (Conservator/ Guardian) | | None | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 10/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part II: My former firm and I have not yet finalized our agreement providing for payments to me.

2) Part VII, line 10: No income received during reporting period as this is a recent acquisition which only pays once a year and payment date is after reporting period.

3) Part VII, lines 32, 48, 49, 63, 64, 80, 84, 87, 88, 123, 153, 195, 198, 206 and 215: No income received during reporting period as this is a recent acquisition.

4) Part VII, lines 103, 137, 154, 159, 196, 200, 202, 212, 217, 249: No income received during reporting period. Thus, this is reported here as provided for at pages 45-46 of the filing instructions.

5) Part VII, lines 193, 194, 197, 199 and 201: This asset was transferred from Brokerage #6 to Brokerage #7 near the end of the reporting period and no income has yet been received from this asset since the transfer. Any income from this asset received prior to the transfer is reported in Brokerage #6.

6) Part VII, line 207: Because this is an annuity, income, if any, is deferred; no income was received during reporting period.

7) Part VII, line 233: This investment club was dissolved but funds (approximately $2542) remain in the club's account to pay for 2013 tax preparation. The assets of the club (stock) were sold prior to the end of the reporting period.

8) Part VII, lines 245 and 251: This is a checking account that does not pay any interest or any other form of income.

9) Part VII, line 248: This is a cash holding account that does not generate income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Constantine**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544